ACCEPTED
14-15-00464-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/26/2015 10:46:54 AM
6/10/2015 3:41:46 PM
CHRISTOPHER PRINE
CLERK

5/26/2015
Chris Daniel - District Clerk Harris County
Envelope No. 5412449
By: Phyllis Washington
Filed: 5/26/2015 10:46:54 AM

CAUSE NO. 2014-07393

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 3:41:46 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| IN THE MATTER | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| DONALD ROBERTSON | § | |
| Appellant | § | 215TH JUDICIAL DISTRICT |

## DEFENDANT/APPELLEE'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, notice is hereby given that Defendant/Appellee Harris County Sheriff's Civil Service Commission desire to appeal from the Order remanding Donald Robertson's Appeal to the Harris County Sheriff's Civil Service Commission for further proceedings signed on April 27, 2015. This appeal is taken to the First or Fourteenth Court of Appeals at Houston, Texas.

Respectfully submitted,

VINCE RYAN
HARRIS COUNTY ATTORNEY

**/s/ Graylon D. Wells**
GRAYLON D. WELLS
Assistant County Attorney
State Bar No. 24081201
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5194
Facsimile: (713) 755-8924
Email: graylon.wells@cao.hctx.net

ATTORNEY FOR DEFENDANT/APPELLEE
HARRIS COUNTY SHERIFF'S
CIVIL SERVICE COMMISSION

For Official Governmental Use Only - Do Not Disseminate to the Public: 65576772 - Page 1 of 2

1

### Local Rule Notice of and Assignment of Related Case in Appeals

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Court of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

☒        None

/s/ **Graylon D. Wells**
GRAYLON D. WELLS
Assistant County Attorney

May 26, 2015.

### CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2015, a true and correct copy of the foregoing **DEFENDANT/APPELLEE'S NOTICE OF APPEAL** was served by facsimile:

Nathan N. Beedle
Attorney at Law
21 Waterway, Suite 300
The Woodlands, Texas 77380
281-948-6644
281-292-2223 Fax

/s/ **Graylon D. Wells**
GRAYLON D. WELLS
Assistant County Attorney

2

For Official Governmental Use Only - Do Not Disseminate to the Public: 65576772 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 10, 2015

Certified Document Number:        65576772 Total Pages:  2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**